IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ASHLEY FERNANDEZ,                )
                                 )
    Plaintiff,                   )
                                 )
v.                               )     CASE NO. CV412-265
                                 )
PROFIT SERVICES GROUP, LLC and   )
DOES 1-10, inclusive,            )
                                 )
    Defendants.                  )
                                 )

## O R D E R

Before the Court is the parties' Stipulated Dismissal With Prejudice. (Doc. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 31ST day of May 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA